**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF KANSAS**
**(KANSAS CITY)**

| | | |
|---|---|---|
| HAROLD AND KELLIE NYANJOM, on behalf of themselves and all others similarly situated, | ) ) ) ) | |
| | ) | CASE NO.: 18-CV-2143 JWL/GEB |
| Plaintiffs, | ) ) | |
| v. | ) | COMPLAINT – CLASS ACTION |
| | ) | |
| EQUIFAX INFORMATION SERVICES, LLC, | ) ) | JURY DEMAND |
| Defendant. | ) ) | |

## MOTION FOR LEAVE TO APPEAR PRO HAC VICE

Pursuant to D. Kan. Rule 83.5.4., I move that Micah S. Adkins be admitted to practice in the United States District Court for the District of Kansas, for purposes of this case only.

I certify that I am a member in good standing of the Bar of this Court and that in compliance with D. Kan. Rule 83.5.4(c), I will sign all pleadings and other papers which are signed and filed by said attorney. I also agree that I will participate meaningfully in the preparation and trial of this case, to the extent required by the Court.

Pursuant to D. Kan. Rule 83.5.4 (a), I have attached the required affidavit in support of this motion, and have sent a proposed order granting this motion to chamber's email address. I have also verified that the information contained in the affidavit is true and accurate.

Respectfully submitted,

By: /s/ Michael H. Rapp
Michael H. Rapp #25702
Stecklein & Rapp Chartered
748 Ann Avenue
Kansas City, Kansas 66101
Telephone: 913-371-0727
Facsimile: 913-371-0727
Email: MR@KCconsumerlawyer.com
Attorney for Plaintiffs