IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS
(KANSAS CITY)

| | |
|---|---|
| **HAROLD AND KELLIE NYANJOM,** on behalf of themselves and all others similarly situated,<br><br>    **Plaintiffs,**<br><br>v.<br><br>**EQUIFAX INFORMATION SERVICES, LLC,**<br><br>    **Defendant.** | **CASE NO.: 2:18-cv-02143-JWL-GEB** |

### MOTION FOR LEAVE TO APPEAR PRO HAC VICE

Pursuant to D. Kan. Rule 83.5.4., I move that John C. Toro be admitted to practice in the United States District Court for the District of Kansas, for purposes of this case only.

I certify that I am a member in good standing of the Bar of this Court and that in compliance with D. Kan. Rule 83.5.4(c), I will sign all pleadings and other papers which are signed and filed by said attorney. I also agree that I will participate meaningfully in the preparation and trial of this case, to the extent required by the Court.

Pursuant to D. Kan. Rule 83.5.4 (a), I have attached the required affidavit in support of this motion, and have sent a proposed order granting this motion to chamber's email address. I have also verified that the information contained in the affidavit is true and accurate.

1

Respectfully submitted,

Polsinelli PC

  /s/ G. Gabriel Zorogastua
G. Gabriel Zorogastua          KS Bar #23556
900 W. 48th Place, Suite 900
Kansas City, Missouri  64112
Telephone:  (816) 753-1000
Facsimile:  (816) 753-1536
Email:  gzorogastua@polsinelli.com


ATTORNEY FOR DEFENDANT EQUIFAX
INFORMATION SERVICES LLC