UNITED STATES DISTRICT COURT
DISTRICT OF KANSAS
KANSAS CITY DIVISION

HAROLD NYANJOM, *ET AL.*,
    PLAINTIFF,

v.

CASE NO.:
2:18-cv-02143-HLT-GEB

EQUIFAX INFORMATION SERVICES, LLC,
    DEFENDANT.

## JOINT STIPULATION OF DISMISSAL OF CLASS CLAIMS WITH PREJUDICE

Plaintiffs Harold and Kellie Nyanjom ("Plaintiffs") and Defendant Equifax Information Services, LLC ("Defendant") (collectively, the "Parties"), by and through their respective counsel, hereby stipulate and agree as follows:

1. This case is one of several class actions brought in various jurisdictions against Defendant alleging violations of the Fair Credit Reporting Act, 15 U.S.C. § 1681, *et seq.*, regarding the reporting and disclosure of public record information.

2. On April 12, 2019, a nationwide settlement was reached in the case of *Thomas v. Equifax Info. Servs., LLC*, No. 3:18-cv-00684-MHL (E.D. Va.).

3. The terms of the *Thomas* settlement embrace the class claims alleged in this litigation, and thus resolve all class claims in this matter.

4. Judge M. Hannah Lauck of the Eastern District of Virginia granted final approval to the settlement and final judgment in *Thomas* on September 13, 2019. (*Thomas* ECF No. 55.)

5. No appeals have been taken from Judge Lauck's Order.

6. Therefore, the Parties stipulate to dismiss the claims asserted in this action with prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) to the extent Plaintiffs purport to bring them

1

on a class wide basis. Plaintiffs are proceeding with their individual claims.

7. The parties are engaged in negotiations to resolve Plaintiffs' individual claims. Pursuant to the Court's Order (ECF No. 45), the parties will provide a status report by October 18, 2019.

Respectfully submitted,

| | |
|---|---|
| /s/ A.J. Stecklein | /s/ Meryl W. Roper |
| Michael H. Rapp, Esq. | G. Gabriel Zorogastua |
| KS Bar #25702 | KS Bar #23556 |
| A.J. Stecklein, Esq. | POLSINELLI PC |
| KS Bar #16330 | 900 W. 48th Place, Suite 900 |
| STECKLEIN & RAPP CHARTERED | Kansas City, Missouri 64112 |
| 748 Ann Avenue | 816 753-1000 (tel.) |
| Kansas City, Kansas 66101 | 816 753-1536 (fax) |
| 913-371-0727 (tel.) | gzorogastua@polsinelli.com |
| 913-371-0727 (fax) | |
| mr@kcconsumerlawyer.com | Zachary A. McEntyre* |
| | Meryl W. Roper* |
| Micah S. Adkins* | John C. Toro* |
| THE ADKINS FIRM, P.C. | KING & SPALDING LLP |
| 1025 Westhaven Blvd., Suite 220 | 1180 Peachtree Street NE |
| Franklin, Tennessee 37064 | Atlanta, GA 30309 |
| 615-370-9659 (tel.) | 404-572-4600 (tel.) |
| 205-208-9632 (fax) | 404-572-5100 (fax) |
| MicahAdkins@ItsYourCreditReport.com | zmcentyre@kslaw.com |
| | mroper@kslaw.com |
| *Admitted *pro hac vice* | jtoro@kslaw.com |
| ATTORNEYS FOR PLAINTIFFS HAROLD AND KELLIE NYANJOM | Katherine M. Stein* KING & SPALDING LLP 500 W. 2nd Street, Suite 1800 Austin, Texas 78701 512-457-2000 (tel.) 512-457-2100 (fax) kstein@kslaw.com |
| | *Admitted *pro hac vice* |
| | ATTORNEYS FOR DEFENDANT EQUIFAX INFORMATION SERVICES LLC |

## CERTIFICATE OF SERVICE

I hereby certify that on October 4, 2019, I filed the foregoing paper using the CMECF System, which will electronically serve notification of same on the following counsel of record:

G. Gabriel Zorogastua
Polsinelli PC
900 W. 48th Place, Suite 900
Kansas City, Missouri 64112

Zachary A. McEntyre
King & Spalding LLP
1180 Peachtree Street NE
Atlanta, GA 30309

Meryl W. Roper
King & Spalding LLP
1180 Peachtree Street NE
Atlanta, GA 30309

John C. Toro
King & Spalding LLP
1180 Peachtree Street NE
Atlanta, GA 30309

Katherine M. Stein
King & Spalding LLP
500 W. 2nd Street, Suite 1800
Austin, TX 78701

*s/ A.J. Stecklein*
A.J. Stecklein KS#16330