UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS
(KANSAS CITY)

HAROLD AND KELLIE NYANJOM, on
behalf of themselves and all others similarly
situated

     PLAINTIFF,

v.

                               Case No.: 2:18-cv-02143-HLT-GEB

EQUIFAX INFORMATION SERVICES,
LLC,

     DEFENDANT.

**JOINT STIPULATION OF DISMISSAL AS TO DEFENDANT
EQUIFAX INFORMATION SERVICES, LLC WITH PREJUDICE**

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiffs Harold and Kellie Nyanjom ("Plaintiffs") and Defendant Equifax Information Services, LLC ("Equifax") (collectively referred to as the "Parties"), hereby jointly stipulate and agree that Plaintiffs dismiss, with prejudice, Plaintiffs' individual claims[1] asserted against Equifax and said parties to bear their own costs and attorney's fees.

Respectfully submitted,

*/s/ Michael H. Rapp*
Michael H. Rapp #25702
STECKLEIN & RAPP CHARTERED
748 Ann Avenue, Suite 101
Kansas City, Kansas 66101
Telephone: (913) 371-0727
Facsimile: (913) 371-0727
Email: mr@kcconsumerlawyer.com

and

---

[1] Plaintiffs' class claims were previously dismissed. *See* Dkt. # 44.

Micah S. Adkins
(admitted *pro hac vice*)
THE ADKINS FIRM, P.C.
1025 Westhaven Blvd., Suite 220
Franklin, Tennessee 37064
T:  (615) 370.9659
F:  (205) 208.9632
E:  MicahAdkins@ItsYourCreditReport.com


*s/ G. Gabriel Zorogastua*
G. Gabriel Zorogastua KS Bar #23556
POLSINELLI PC
900 W. 48th Place, Suite 900
Kansas City, Missouri 64112
Telephone: (816) 753-1000
Facsimile: (816) 753-1536
Email: gzorogastua@polsinelli.com

Zachary A. McEntyre*
Meryl W. Roper*
John C. Toro*
KING & SPALDING LLP
1180 Peachtree Street NE
Atlanta, Georgia 30309
Telephone: (404) 572-4600
Facsimile: (404) 572-5100
Email: zmcentyre@kslaw.com
Email: mroper@kslaw.com
Email: jtoro@kslaw.com

Katherine M. Stein*
KING & SPALDING LLP
500 W. 2nd Street, Suite 1800
Austin, Texas 78701
Telephone: (512) 457-2000
Facsimile: (512) 457-2100
Email: kstein@kslaw.com
*Admitted *pro hac vice*
*Attorneys for Defendant Equifax Information Services LLC*

## CERTIFICATE OF SERVICE

I hereby certify that on November 20, 2019, I filed the foregoing paper using the CMECF System, which will electronically serve notification of same on the following counsel of record:

G. Gabriel Zorogastua
Polsinelli PC
900 W. 48th Place
Suite 900
Kansas City, Missouri 64112

Katherine M. Stein
King & Spalding LLP
500 W. 2nd Street
Suite 1800
Austin, TX 78701

Zachary A. McEntyre
Meryl W. Roper
John C. Toro
King & Spalding LLP
1180 Peachtree Street NE
Atlanta, GA 30309

Michael H. Rapp
STECKLEIN & RAPP CHARTERED
748 Ann Avenue
Kansas City, Kansas 66101

*/s/ Michael H. Rapp*
Michael H. Rapp